

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson **MACEDO DE CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 19, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court